■ In the Matter of JOHN HAMLETT, Petitioner, v WAYNE STRACK, as Superintendent of Fishkill Correctional Facility, et al., Respondents. [710 NYS2d 553] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Fishkill Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Following a tier II disciplinary hearing, petitioner was found guilty of interference with an employee and harassment. The misbehavior report alleged that petitioner sent a personal message to a facility nurse. Contrary to petitioner's contentions, the misbehavior report, authored by the nurse who witnessed the incident, and petitioner's own admissions regarding his actions provide substantial evidence of petitioner's guilt (*see, Matter of McMillian v Selsky*, 268 AD2d 936). To the extent that petitioner pleaded guilty to the charge of interference with an employee, he is precluded from asserting that the de-

termination of guilt on that particular charge is not supported by substantial evidence (*see, Matter of Zarvela v Goord*, 270 AD2d 532). Finally, having failed to raise the issue of Hearing Officer bias on his administrative appeal, this issue is unpreserved for our review (*see, Matter of Johnson v Goord*, 260 AD2d 816) and, in any event, the record reveals that petitioner received a fair and impartial hearing.

Mercure, J. P., Crew III, Peters, Spain and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.